USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  4/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE,

                              Plaintiff,

                – against –

D & R BOATS, INC.,

                              Defendant.

**ORDER**

19 Civ. 1569 (ER)

Ramos, D.J.:

The Court having been advised that the parties have reached a settlement in principle, it is hereby ORDERED that the above-entitled action be discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within thirty days** of the date hereof.

Any application to reopen **must be filed within thirty days of this Order**; any application to reopen filed thereafter may be denied **solely** on that basis.  Furthermore, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the **next thirty days** with a request that the agreement be "so ordered" by the Court.

It is SO ORDERED.

Dated:    April 25, 2019
           New York, New York

Edgardo Ramos, U.S.D.J.